Seyfarth

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York 10018
**T** (212) 218-5500
**F** (212) 218-5526

rszyba@seyfarth.com
T (212) 218-3351

www.seyfarth.com

February 28, 2025

**VIA ECF**

Honorable Andre M. Espinosa, U.S.M.J.
U.S. District Court for the District of New Jersey
50 Walnut Street, Room 4015
Newark, New Jersey 07101

**Re:** ***Antonio Martin v. GE Vernova Inc.***
**Case No. 2:24-cv-05648-SRC-AME (D.N.J.)**

Dear Judge Espinosa:

This firm represents Defendant GE Vernova Inc. ("GE Vernova") in the above-referenced action. Pursuant to the Court's Text Order dated January 8, 2025, GE Vernova writes together with Counsel for Plaintiff Antonio Martin to provide a joint status update.

The parties are working cooperatively to complete paper discovery, and moving forward, anticipate taking several party and witness depositions.

The parties are not aware of any specific issues which require discussion with the Court. We thank you for Your Honor's attention to this matter.

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Robert T. Szyba*

Robert T. Szyba

RTS:rh