Robert T. Szyba
SEYFARTH SHAW LLP
620 Eighth Avenue, 32nd Floor
New York, New York 10018
(212) 218-5500
*Attorneys for GE Vernova Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANTONIO MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>GE VERNOVA INC. and<br>JOHN DOES 1-5 and 6-10,<br><br>Defendants. | Case No. 2:24-cv-05648-SRC-AME<br><br>**JOINT STIPULATION OF DISMISSAL <u>WITH PREJUDICE</u>** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff Antonio Martin and Defendants GE Vernova Inc., General Electric Company, and "Metem – A GE Power Business,"[1] by and through their respective undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. Further, each party will bear its own costs, expenses, and attorneys' fees.

**Dated: June 30, 2025**

By: */s/Carly D. Trochtenberg*
Carly D. Trochtenberg
COSTELLO, MAINS & SILVERMAN, LLC
18000 Horizon Way, Suite 800
Mount Laurel, New Jersey 08054
(856) 727-9700
ctrochtenberg@costellomains.com
*Counsel for Plaintiff*

**Dated: May 9, 2025**

By: *s/ Robert T. Szyba*
Robert T. Szyba
SEYFARTH SHAW LLP
620 Eighth Avenue, 32nd Fl.
New York, New York 10018
(212) 218-5500
rszyba@seyfarth.com
*Counsel for Defendants*

[1] Pursuant to the Consent Order Dismissing Metem-A GE Power Business And General Electric Company Without Prejudice And For Correction of the Caption, dated July 31, 2024, all claims asserted against "General Electric Company" and "Metem – A GE Power Business" were dismissed without prejudice. (ECF No. 8).

**CERTIFICATE OF SERVICE**

I, Robert T. Szyba, do hereby certify that I filed the foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of the Court via the Court's electronic case filing/ECF system, which will serve a true and correct copy of the same on the following counsel of record via e-mail/Notice of Electronic Filing, on this 25 day of July _ 2025:

Carly D. Trochtenberg
COSTELLO, MAINS & SILVERMAN, LLC
18000 Horizon Way, Suite 800
Mount Laurel, New Jersey 08054
ctrochtenberg@costellomains.com

By: */s/ Robert T. Szyba*
Robert T. Szyba