Robert T. Szyba
SEYFARTH SHAW LLP
620 Eighth Avenue, 32nd Floor
New York, New York 10018
(212) 218-5500
*Attorneys for GE Vernova Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANTONIO MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>GE VERNOVA INC. and JOHN DOES 1-5 and 6-10,<br><br>Defendants. | Case No. 2:24-cv-05648-SRC-AME-CLOSED<br><br>**CONSENT ORDER OF DISMISSAL WITH PREJUDICE**<br><br>SO ORDERED: 7/28/2025<br>s/Stanley R. Chesler, U. S. D. J. |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff Antonio Martin and Defendants GE Vernova Inc., General Electric Company, and "Metem – A GE Power Business,"[1] by and through their respective undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. Further, each party will bear its own costs, expenses, and attorneys' fees.

| | |
|---|---|
| **Dated: June 30, 2025** | **Dated: May 9, 2025** |
| By: */s/Carly D. Trochtenberg* | By: *s/ Robert T. Szyba* |
| Carly D. Trochtenberg | Robert T. Szyba |
| COSTELLO, MAINS & SILVERMAN, LLC | SEYFARTH SHAW LLP |
| 18000 Horizon Way, Suite 800 | 620 Eighth Avenue, 32nd Fl. |
| Mount Laurel, New Jersey 08054 | New York, New York 10018 |
| (856) 727-9700 | (212) 218-5500 |
| ctrochtenberg@costellomains.com | rszyba@seyfarth.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

[1] Pursuant to the Consent Order Dismissing Metem-A GE Power Business And General Electric Company Without Prejudice And For Correction of the Caption, dated July 31, 2024, all claims asserted against "General Electric Company" and "Metem – A GE Power Business" were dismissed without prejudice. (ECF No. 8).